BOOE v. PASSERALLO

No. 197P97

Case below: 125 N.C.App. 742

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

CAROLINA BUILDERS CORP. v. ALEXANDER SCOTT GROUP

No. 122PA97

Case below: 125 N.C.App. 615

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 5 June 1997.

CARTER v. STANLY COUNTY

No. 188P97

Case below: 125 N.C.App. 628

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

CHILDRESS v. N.C. DEPT. OF HUMAN RESOURCES

No. 21P97

Case below: 124 N.C.App. 669

Petition by petitioner (Elizabeth Childress) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 June 1997.

CHILDRESS v. TRION, INC.

No. 167P97

Case below: 125 N.C.App. 588

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.